JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DIAZ,<br><br>        Petitioner,<br><br>  v.<br><br>JOHNSON, Warden,<br><br>        Respondent. | Case No. 8:19-cv-02499-CJC-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 24, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE